78

C. E. Siegle, Appellee, v. V. A. Pierce, Appellant.

Gen. No. 9,403.

Heard in this court at the October term, 1943; opinion filed February 29, 1944. A. W. Schimmel, for appellant; Graham & Graham, for appellee. Opinion by JUSTICE RIESS. Not to be published in full.